## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ANNA WASSON, AS SPECIAL ADMINISTRATOR**
**FOR THE ESTATE OF JERRY LYNN MCGEE**                                             **PLAINTIFF**


**v.**                                    **Case No. 5:13-cv-00273-KGB**


**ARKANSAS DEPARTMENT OF**
**CORRECTION, et al.**                                                          **DEFENDANTS**

### ORDER

Before the Court is plaintiff Anna Wasson's motion to dismiss her claims against

defendants without prejudice (Dkt. No. 12).  Defendants have no objections to Ms. Wasson's

motion.  Accordingly, the Court grants Ms. Wasson's motion and dismisses her claims without

prejudice.

SO ORDERED this the 6th day of October, 2014.

_____
Kristine G. Baker
United States District Judge